UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/09

CHIQUITA BRANDS INTERNATIONAL, *et al.*,

                Plaintiffs,

-v-

M/V AGUILLAS STREAM, *et al.*,

                Defendants.

No. 09 Civ. 4630 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Order docketed as Document No. 12 was erroneously entered in this matter. Accordingly, IT IS HEREBY ORDERED that Document No. 12 be stricken from the docket.

SO ORDERED.

DATED:      August 18, 2009
                New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE