UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/5/09
```

CHIQUITA BRANDS INTERNATIONAL, *et al.*,

           Plaintiffs,

-v-

M/V AGUILLAS STREAM, *et al.*,

           Defendants.

No. 09 Civ. 4630 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

For the reasons stated on the record at the October 5, 2009 phone conference, IT IS HEREBY ORDERED THAT Defendants shall comply with Plaintiffs' discovery request dated August 14, 2009 no later than October 7, 2009 at 5:00 p.m. Should Defendants fail to comply with this deadline, they shall show good cause for their failure to do so by 5:00 p.m. on October 7, 2009.

IT IS FURTHER ORDERED THAT the remainder of the deadlines contained in the Court's September 10, 2009 Order shall remain in effect. If the parties mutually agree to alter any deadlines, the parties shall submit a joint letter to the Court, signed by both parties, setting the date, time, and location of the alternative deadline.

SO ORDERED.

DATED:     October 5, 2009
                New York, New York

                                              RICHARD J. SULLIVAN
                                              UNITED STATES DISTRICT JUDGE